In the matter of the dissolution of the NEW JERSEY REFRIG-
ERATING COMPANY.

[Submitted October 28th, 1927.   Decided February 6th, 1928.]

On appeal from the court of chancery.

*Mr. J. Henry Harrison,* for the receivers.

*Messrs. Wall, Haight, Carey & Hartpence,* for the appellant
Otto A. Lembeck.

*Messrs. Fisk & Fisk,* for the appellant Ida L. Bowen.

*Mr. Edward Maxson,* for the respondent Samuel Lesser.

*Mr. Merritt Lane,* for Gustave W. Lembeck.

*Mr. George J. Carr,* for Eleanor Betz Howe and G. Arthur
Betz.

PER CURIAM.

We have examined the record in this case with care and
find the appeal devoid of merit.

The order appealed from is accordingly affirmed.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PAR-
KER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL,
LLOYD, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HET-
FIELD, DEAR, JJ.   15.

*For reversal*—None.